AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Massachusetts

JUN 30 PM 3: 01

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-10145-RGS |
| HERBERT SMALL | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **HERBERT SMALL**,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Supervised release violation.

Date:   07/27/2021                                             /s/ Timothy R. Maynard
                                                               *Issuing officer's signature*

City and state:   Boston, Massachusetts                        Timothy R. Maynard, Deputy Clerk
                                                               *Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

WARRANT EXECUTED BY ~~Habe Ln~~
BY ARREST/ARRAIGNMENT OF THE
Date: _____   DEFENDANT ON 6/29/2022   *Arresting officer's signature*

_____
*Printed name and title*